UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL CLARE RADEMACHER,

    Petitioner,

v

MARY BERGHUIS,

    Respondent.
_____/

Case No. 1:08-cv-871

HON. JANET T. NEFF

## **FINAL ORDER**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Objections (Dkt 48) are DENIED and the Report and Recommendation of the Magistrate Judge (Dkt 45) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the petition for habeas corpus relief (Dkt 1) is DENIED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) is DENIED as to each issue asserted.

Date: September 27, 2011

/s/ Janet T. Neff
JANET T. NEFF
United States District Judge